IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO K. MOORE,

    Plaintiff,     No. 2: 10-cv-3457 JAM KJN P

  vs.

MICHAEL McDONALD,

    Defendant.     <u>ORDER</u>
_____/

IT IS HEREBY ORDERED THAT:

1. A telephonic status conference is set for March 3, 2011, at 10:00 a.m., before the undersigned; defense counsel shall appear by telephone and shall ensure plaintiff's appearance by telephone; and

2. The Clerk of the Court shall serve a copy of this order on Supervising Deputy Attorney General Monica Anderson.

DATED: January 18, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mo3457.st

1