IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO K. MOORE,

        Plaintiff,                  No. 2: 10-cv-3457 KJM KJN P

     vs.

MICHAEL McDONALD,

        Defendant.            <u>ORDER</u>

_____/

        This action is set for a telephonic status conference on March 3, 2011.  The court has been informed that plaintiff is to undergo surgery on that day.  For that reason, the telephonic status conference is vacated and will be re-set.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The telephonic status conference set for March 3, 2011 is vacated;

        2. The writ of ad testificandum for plaintiff's presence at the telephonic status conference on March 3, 2011 is vacated;

////

////

////

////

1

3. Within twenty-one days of the date of this order, plaintiff shall inform the court when he will be able to participate in a telephonic status conference.

DATED: March 2, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mo3457.ord