IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO K. MOORE,

     Plaintiff,                No. 2: 10-cv-3457 KJM KJN P

    vs.

MICHAEL McDONALD,

     Defendant.           ORDER

_____/

     IT IS HEREBY ORDERED that:

     1. A telephonic status conference is re-set for April 21, 2011 at 10:00 a.m. before the undersigned;

     2. The Clerk of the Court shall serve a copy of this order on Supervising Deputy Attorney General Monica Anderson.

DATED: March 17, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mo3457.sch

1