UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARIO K. MOORE,

        Plaintiff,           No. 2:10-cv-3457 KJM KJN P

  vs.

MICHAEL McDONALD,

        Defendant.        **ORDER & WRIT OF HABEAS CORPUS**
_____/        **AD TESTIFICANDUM**

      Mario K. Moore, inmate # C-26550, a necessary and material witness in proceedings in this case on April 21, 2011, is confined in High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California, 96127-0750, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by telephonic-conferencing at High Desert State Prison, April 21, 2011, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California, 96127-0750:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  March 17, 2011

                                                            KENDALL J. NEWMAN
                                                           UNITED STATES MAGISTRATE JUDGE

mo3457.writ