IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO K. MOORE,

    Plaintiff,                               No. CVI S-10-3457 KJM KJN P

    vs.

MICHAEL McDONALD, et al.,

    Defendants.                           <u>ORDER</u>

/

        On June 12, 2012, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 21, 2012 denying his request for appointment of counsel. Under E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 21, 2012 is affirmed.

DATED: August 31, 2012.

                                                        UNITED STATES DISTRICT JUDGE