IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO K. MOORE,

        Plaintiff,                          No. 2: 10-cv-3457 KJM KJN P

    vs.

MICHAEL McDONALD, et al.,

        Defendants.            <u>ORDER</u>

                                    /

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 18, 2013, the court granted defendant's motion to modify the scheduling order to file a summary judgment motion addressing plaintiff's request for injunctive relief past the dispositive motion filing deadline.

        On February 22, 2013, plaintiff filed a letter with the court suggesting that he was also seeking money damages.  Defendant's summary judgment motion, filed March 1, 2013, also addressed this claim for money damages.  On April 18, 2013, the undersigned ordered plaintiff to inform the court whether he was seeking to re-open discovery if the court granted his request to amend his complaint to include a claim for money damages.  On May 2, 2013, plaintiff filed a response to the April 18, 2013 order clarifying that he is not seeking money damages. Accordingly, plaintiff is directed to file a response to the portion of defendant's summary

1

judgment motion addressing his claim for injunctive relief.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendant's motion to modify the scheduling order (dkt. no. 66) is granted;

        2. Within twenty-one days of the date of this order, plaintiff shall file a response to the portion of defendant's summary judgment motion (dkt. no. 64) addressing his claim for injunctive relief; defendant's reply is due seven days thereafter;

        3. The portion of defendant's summary judgment motion addressing plaintiff's request for money damages (dkt. no. 64) is stricken; and

        4. The jury trial set for June 17, 2013 before the Honorable Kimberly M. Mueller is vacated. This date will be re-set following resolution of defendant's summary judgment motion, if appropriate.

DATED: May 7, 2013

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

mo3457.ord